UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| CHRISTOPHER DOYLE ) | Bankruptcy Case No. 13-81695 |
| ) | |
| Debtor ) | |

TRUSTEE'S MOTION FOR TURNOVER

NOW COMES Jeana K. Reinbold, the duly appointed, qualified and acting chapter 7 trustee of the estate of Christopher Doyle ("Trustee"), and in support of this motion, states as follows:

1.	The Debtor filed the above Chapter 7 case on August 26, 2013.

2.	When the case was filed, a prorated amount of profit sharing bonuses from his employer John Deere to be received in January 2014, as well as a prorated amount of 2013 federal and state tax refunds to be received became property of the estate.

3.	Approximately 238/365, or 65.9%, of any such bonuses and refunds would be property of the estate.

4.	The Trustee seeks an order directing the Debtor to provide a statement from his employer as to the bonuses received or to be received and a true copy of his filed federal and state 2013 tax returns to the Trustee as soon as they are prepared, and turnover any nonexempt bonuses and refunds upon receipt.

WHEREFORE, the Trustee requests that the Court enter an order directing turnover of a true copy of his filed federal and state 2013 tax returns and statement from his employer as to the bonuses received or to be received, and nonexempt bonuses and refunds, and grant such other relief as it may deem just.

CHAPTER 7 TRUSTEE

Dated: January 7, 2014	/s/ Jeana K. Reinbold
	Jeana K. Reinbold
	P.O. Box 7315
	Springfield, IL 62791-7315
	(217) 801-4090

CERTIFICATE OF SERVICE

I do hereby certify that I have caused to be served a copy of the foregoing TRUSTEE'S MOTION FOR TURNOVER, this day, by CM/ECF electronic filing to the U.S. Trustee USTPRegion10.PE.ECF@usdoj.gov and William Lester Breedlove on behalf of Debtor wbreedlove@WKClawfirm.com, klamb@wkclawfirm.com and by first class mail to Christopher Doyle, 1646 31st A, Moline, IL 61265.

Dated: January 7, 2014	/s/ Jeana K. Reinbold